Docusign Envelope ID: 63971942-FFE2-81B4-839B-88BB550EC65E


UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re Yellow Corporation, et al. | Case No. 23-11069 |
| Debtor(s) | Adv. Proc. No. 25-51785 |
| Plaintiff(s) | MEDIATOR'S CERTIFICATE OF COMPLETION |
| v. | |
| Defendant(s) | |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, dated September 19, 2025, the undersigned mediator reports that the mediation was completed on August 27, 2026 and resolved in the following manner (*complete applicable provisions)*:

(a) The following individuals were present:

(1) Parties (name and capacity) -

Neal Cohen, on behalf of Daniel H. Golden, Liquidating Trustee for the Yellow Liquidating Trust
Brandon Rose, Vice President & General Counsel at TFI International

(2) Counsel (name and party representing) -

Nicholas C. Brown, Esq. at ASK LLP (on behalf of Liquidating Trustee)
Minyao Wang, Esq. at Lewis Brisbois Bisgaard & Smith LLP (on behalf of TForce Worldwide, Inc. dba TFWW)

(b) The following parties failed to appear and/or participate as ordered:

N/A

(c) The outcome of the mediation conference was:

☐ The matter has been completely resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order within twenty (20) days of the conference.

☐ The matter has been partially resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order regarding those claims or issues which have been resolved within twenty (20) days.

☐ The following issues remain for this court to resolve:

☑ The matter has not been resolved and should proceed to trial.

☐ OTHER:

Dated: September 11, 2026

Signed by:
Paul Labov
41E9B21016AA4E0...
Signature of Mediator

Paul Labov
Name of Mediator
Willkie Farr & Gallagher LLP, 787 Seventh Avenue
Mailing Address
New York, NY 10019
City, State, Zip Code
(212) 728-5505
Phone No.

cc: Counsel of Record
Pro Se Parties

(9-24-04)